■ BELLE R. STAMPLER, Respondent, v. ABRAHAM STAMPLER, Appellant.— Motion by respondent to modify order granting stay so as to permit her to pro-

ceed with pending motion at Special Term for an allowance of counsel fee and expenses incident to the pending appeal, granted. Order modified accordingly. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.